RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE  10/20/11
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| REX ALLAN KIMBLE, ET AL. | CIVIL ACTION NO. 11-555 |
| VERSUS | JUDGE TRIMBLE |
| DARRELL D. COX, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Before the court is the report and recommendation of the magistrate judge[1] recommending that the motion to dismiss[2] filed by the Louisiana Department of Transportation and Development be granted on the basis of Eleventh Amendment immunity and that the motion to remand filed by plaintiffs[3] be denied in recognition of this court's continued diversity jurisdiction in this matter, especially in light of the dismissal of the only non-diverse party from the suit. The court has reviewed the entire record in this matter and finds the recommendations of the magistrate judge to be correct under applicable law and jurisprudence and notes the absence of objections by any party in the record. Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the report and recommendation of the magistrate judge is **ADOPTED** in full and, accordingly, that all claims by plaintiff against the Louisiana Department of Transportation and Development are **DISMISSED** with prejudice pursuant to the Eleventh Amendment of the Constitution of the United States of America. It is further

---

[1] R. 29.
[2] R. 17.
[3] R. 21.

**ORDERED** that plaintiffs' motion to remand is **DENIED** and the case shall remain lodged with this federal district court for all further proceedings.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 20th day of October, 2011.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE